IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THOMAS ROUSSEAU,

      Plaintiff,

v.                                              2:20-cv-00410-RB-LF

ANDREW M. SAUL,
Commissioner of Social Security Administration,

      Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER comes before Magistrate Judge Laura Fashing's Proposed Findings and Recommended Disposition filed on May 12, 2017. (Doc. 6.) The proposed findings notified the parties of their ability to file objections within 14 days and that failure to do so waived appellate review. (*Id.* at 3.) To date, the parties have not filed any objections and there is nothing in the record indicating that the proposed findings were not delivered.

**THEREFORE**,

**IT IS ORDERED,**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 6) are **ADOPTED**; Mr. Rousseau's motion to proceed IFP is **DENIED**; and

2. Mr. Rousseau must pay the filing fee no later than June 14, 2020.

_____
ROBERT C. BRACK
SENIOR U.S. DISTRICT JUDGE