IN THE UNTIED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THOMAS ROUSSEAU,

        Plaintiff,

v.                                                                                               2:20-cv-00410-RB-LF

ANDREW M. SAUL,
Commissioner of Social Security Administration,

        Defendant.

## **PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

      THIS MATTER comes before the Court on the Court's Order to Show Cause issued to plaintiff Thomas Rousseau. Doc. 8. In the order, the Court directed Mr. Rousseau to "show good cause for failure to pay the filing fee by the deadline set by the Court." Doc. 8. The Court further warned that if "Mr. Rousseau fails to show good cause for his failure to pay by the deadline, I will recommend that this case be dismissed without prejudice." *Id*. The response to the order to show cause was due no later than July 2, 2020. *Id*.

      Mr. Rousseau did not respond to the order to show cause by July 2, 2020. On July 6, 2020, Mr. Rousseau's attorney submitted his response explaining that Mr. and Mrs. Rousseau have told him they do not have the $400.00 to pay the filing fee. Doc. 9. This response is inadequate and does not show good cause for failure to pay by the deadline. First, the response is untimely. Any response should have been filed no later than July 2, 2000. The response is, therefore, four days late.

      Further, Mr. Rousseau did not demonstrate his inability to pay the filing fee in his motion for leave to proceed in forma pauperis ("IFP"). Mr. Rousseau did not object to the Court's previous recommendation that the motion be denied. In other words, Mr. Rousseau accepted that

he had the ability to pay the filing fee.  His explanation, now, that he does not have the money for the filing fee is contradicted by the record (*see* Docs. 2, 6), and does not provide an adequate reason for his failure to pay the filing fee by the Court's deadline.

Accordingly, the Court recommends that Mr. Rousseau's Complaint for Judicial Review of Disallowance of Social Security Benefits (Doc. 1) be dismissed without prejudice for failure to pay the filing fee after his IFP motion was denied.

**THE PARTIES ARE FURTHER NOTIFIED THAT WITHIN 14 DAYS OF SERVICE of a copy of these Proposed Findings and Recommended Disposition they may file written objections with the Clerk of the District Court pursuant to 28 U.S.C. § 636(b)(1).  Written objections must be both timely and specific.  *United States v. One Parcel of Real Prop., With Buildings, Appurtenances, Improvements, & Contents, Known as: 2121 E. 30th St., Tulsa, Oklahoma*, 73 F.3d 1057, 1060 (10th Cir. 1996).  A party must file any objections with the Clerk of the District Court within the fourteen-day period if that party wants to have appellate review of the proposed findings and recommended disposition.  Failure to file timely and specific objections will result in waiver of *de novo* review by a district or appellate court.  In other words, if no objections are filed, no appellate review will be allowed.**

_____
Laura Fashing
United States Magistrate Judge