IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THOMAS ROUSSEAU,

        Plaintiff,

v.                                                                    2:20-cv-00410-RB-LF

ANDREW M. SAUL,
Commissioner of Social Security Administration,

        Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER comes before the Court on Magistrate Judge Laura Fashing's Proposed Findings and Recommended Disposition filed on July 8, 2020. (Doc. 10.) The proposed findings notified the parties of their ability to file objections within 14 days and that failure to do so waived appellate review. (*Id.* at 2.) To date, the parties have not filed any objections and there is nothing in the record indicating that the proposed findings were not delivered.

IT IS THERFORE ORDERED that the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 10) are **ADOPTED**; Mr. Rousseau's Complaint for Judicial Review of Disallowance of Social Security Benefits (Doc. 1) is **DISMISSED** without prejudice for failure to pay the filing fee after his IFP motion was denied.

                                                         _____
                                                         ROBERT C. BRACK
                                                         SENIOR U.S. DISTRICT JUDGE